|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| JOHN M. JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | | Case No. C19-5631-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) |

This matter comes before the Court on Plaintiff John M. Jimenez's Motion for Attorney's Fees under 42 U.S.C. § 406(b). Dkt. #19. Defendant Commissioner of Social Security does not oppose Plaintiff's motion. Dkt. #22.

Having reviewed Plaintiff's motion and the attached declaration, the Court finds good cause for entry of this Order. It is therefore ORDERED that reasonable fees in the amount of $27,309.88 are awarded to Plaintiff's attorney, Jeanette Laffoon, pursuant to 42 U.S.C. § 406(b). Plaintiff has already received the benefit of the fee previously approved under the Equal Access to Justice Act, leaving no EAJA refund to be made by Plaintiff's attorney.

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) - 1

IT IS SO ORDERED.

DATED this 14th day of May, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) - 2